IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, and<br><br>THE STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, AND WASHINGTON; THE DISTRICT OF COLUMBIA; THE COUNTY OF ALLEGHENY; AND THE CITIES OF CHICAGO, NEW YORK, AND PHILADELPHIA,<br><br>*ex rel.* JOEL STEVENS<br><br>      Plaintiffs,<br><br>v.<br><br>ATRICURE INC., ST. HELENA HOSPITAL, AND ADVENTIST HEALTH;<br><br>      Defendants. | CASE NO. 3:17-cv-10 |

**ATRICURE'S MOTION TO TRANSFER**

Pursuant to 28 U.S.C. § 1404(a) and Local Rule 7.1, Defendant AtriCure, Inc. ("AtriCure") respectfully moves to transfer this action to the U.S. District Court for the Southern District of Ohio, where documents, witnesses, and AtriCure's headquarters are located. This motion is made with the consent and support of co-Defendants Adventist Health and St. Helena. The Memorandum in Support of this Motion is filed contemporaneously herewith.

As required by Local Rule 7.1(b), AtriCure certifies that it has conferred with counsel for

1

Relator Joel Stevens and Defendants Adventist Health and St. Helena Hospital before filing this Motion.  Counsel for Relator represents that he opposes this Motion.

Respectfully submitted this 3rd day of September, 2021.

        s/ *Brian S. Cromwell*
        Brian S. Cromwell
        N.C. State Bar No. 23488
        Eric A. Frick
        N.C. State Bar No. 49212
        PARKER POE ADAMS & BERNSTEIN LLP
        620 S. Tryon Street, Suite 800
        Charlotte, NC 28202
        Tel. (704) 372-9000
        Fax. (704) 334-4706
        briancromwell@parkerpoe.com
        ericfrick@parkerpoe.com

        Ralph J. Caccia (*pro hac vice*)
        Brandon J. Moss (*pro hac vice*)
        WILEY REIN LLP
        1776 K Street N.W.
        Washington, DC 20006
        Tel: (202) 719-7000
        Fax: (202) 719-7049
        rcaccia@wiley.law
        bmoss@wiley.law

        *Counsel for Defendant AtriCure, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **ATRICURE'S MOTION TO TRANSFER** was electronically filed with the Clerk of the Court using the CM/ECF system and served upon counsel of record through the Court's electronic case filing system.

This 3rd day of September, 2021.

s/ *Brian S. Cromwell*
Brian S. Cromwell
N.C. State Bar No. 23488
Eric A. Frick
N.C. State Bar No. 49212
PARKER POE ADAMS & BERNSTEIN LLP
620 S. Tryon Street, Suite 800
Charlotte, NC 28202
Tel. (704) 372-9000
Fax. (704) 334-4706
briancromwell@parkerpoe.com
ericfrick@parkerpoe.com

*Counsel for Defendant AtriCure, Inc.*

PPAB 6550429v1