# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| JOEL STEVENS, *et al.* | : | Case No. 1:22-cv-284 |
| | : | |
| Plaintiffs, | : | Judge Michael R. Barrett |
| | : | |
| v. | : | |
| | : | |
| ATRICURE, INC., *et al.* | : | **NOTICE OF APPEARANCE OF** |
| | : | **KELLY MULLOY MYERS** |
| Defendants. | : | |

Please take notice that the undersigned, Kelly Mulloy Myers, of FREKING MYERS & REUL LLC, 600 Vine Street, Ninth Floor, Cincinnati, Ohio 45202 hereby appears as counsel in this matter on behalf of Plaintiff-Relator Joel Stevens.

    Respectfully submitted,

    /s/ *Kelly Mulloy Myers*
    Kelly Mulloy Myers (0065698)
    Freking Myers & Reul LLC
    600 Vine Street, 9th Floor
    Cincinnati, Ohio 45202
    Phone: (513) 721-1975
    Fax: (513) 651-2570
    *kmyers@fmr.law*

    Trial Counsel for Plaintiff-Relator Joel Stevens

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June, 2022, a true and accurate copy of the foregoing was filed electronically. Notice of this filing will be delivered to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    */s/ Kelly Mulloy Myers*