IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| THE UNITED STATES OF AMERICA, et al. *ex rel.* JOEL STEVENS<br><br>Plaintiffs,<br><br>v.<br><br>ATRICURE INC., ST. HELENA HOSPITAL, AND ADVENTIST HEALTH;<br><br>Defendants. | CASE NO. 1:22-cv-284-MRB<br><br>Judge Michael R. Barrett |

## ORDER GRANTING ATRICURE'S MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS IN EXCESS OF PAGE LIMIT

This Court has reviewed AtriCure's Motion for Leave to File a Memorandum in Support of its Motion to Dismiss in excess of twenty pages, pursuant to Local Rule 7.2(a)(3). The Court finds the Motion for Leave to be well taken and that good cause has been provided. AtriCure's motion, therefore, is hereby **GRANTED**.

IT IS HEREBY ORDERED that AtriCure shall file its Memorandum in Support of Motion for Judgment on the Pleadings with permission to file in excess of twenty pages.

SO ORDERED this ____ day of _____, 2022.

_____
UNITED STATES DISTRICT COURT
JUDGE MICHAEL R. BARRETT