# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, et al. *ex rel.* JOEL STEVENS<br><br>Plaintiffs,<br><br>v.<br><br>ATRICURE INC., ST. HELENA HOSPITAL, AND ADVENTIST HEALTH;<br><br>Defendants. | **CASE NO. 1:22-cv-284-MRB**<br><br>**Judge Michael R. Barrett** |

## ORDER GRANTING RELATOR'S UNOPPOSED MOTION

This Court has reviewed R*elator's Unopposed Motion To Extend Deadlines for Filing Responsive Papers*. The Court finds the Motions to be well taken and that good cause has been provided, and, therefore, they are hereby **GRANTED**.

IT IS HEREBY ORDERED that Relator's deadline to file responsive pleadings is **October 5, 2022**; and Defendants' reply, if any, shall be filed by **November 2, 2022**.

SO ORDERED this _____ day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE MICHAEL R. BARRETT