# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

RE: Referral of Motions to
Magistrate Judge Stephanie K. Bowman

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b)(1)(A), (B) and (C) and § 636(b)(3), the attached list of motions are hereby referred to Magistrate Judge Stephanie K. Bowman.

July 24, 2024.

Algenon L. Marbley, Chief Judge

| Case Number | Docket Number and Motion |
|---|---|
| 1:19-cv-00201-JPH | #118 - MOTION to Seal |
| 1:20-cv-00669-JPH | #56 - MOTION to Strike [55] Notice (Other) or, in the Alternative, for Leave to Submit a Memorandum in Response |
| 1:20-cv-00669-JPH | #48 - MOTION LEAVE TO FILE DOCUMENTS UNDER SEAL; LEAVE TO FILE AN OVERLENGTH BRIEF |
| 1:20-cv-00669-JPH | #49 - MOTION to File Document Under Seal Plaintiff Total Quality Logistics, LLC's Motion for Leave to File Under Seal |
| 1:20-cv-00989-JPH | #70 - Consent MOTION for Extension of Time to File Response/Reply as to [67] MOTION for Sanctions New date requested 7/21/2023. |
| 1:22-cv-00044-JPH | #12 - MOTION for Protective Order to Proceed Pseudonymously |
| 1:22-cv-00088-JPH | #21 - First MOTION to Withdraw as Attorney MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY |
| 1:22-cv-00211-JPH | #20 - MOTION to Amend/Correct [1] Complaint |
| 1:22-cv-00284-JPH | #104 - Joint MOTION for Leave to File Supplemental Authority |
| 1:22-cv-00355-JPH | #56 - MOTION for Leave to File Supplemental Authority |
| 1:23-cv-00239-JPH | #11 - MOTION to File Document Under Seal |