**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| JOEL STEVENS, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> ATRICURE INC., ST. HELENA HOSPITAL, AND ADVENTIST HEALTH; <br><br> Defendants. | **CASE NO. 1:22-cv-284-JPH** <br><br> **Judge Jeffery P. Hopkins** <br><br> **Magistrate Judge Stephanie K. Bowman** |

**DEFENDANTS' SUPPLEMENTAL SUBMISSION
REGARDING *MARTIN V. HATHAWAY***

On July 25, 2024, the Court issued a Notation Order granting Defendants' Motion for Leave to File Supplemental Authority and permitting the parties to supplement their prior briefing with new arguments regarding the relevance of *Martin v. Hathaway* to this proceeding. Defendants appreciate the Court's consideration and offer this additional submission only to note that the relator in *Martin v. Hathaway* petitioned both for rehearing *en banc* and *certiorari*, each of which was denied. *See United States ex rel. Martin v. Hathaway*, 63 F.4th 1043 (6th Cir. 2023), *cert. denied*, 144 S. Ct. 224 (2023); *see also United States ex rel. Martin v. Hathaway*, Case No. 22-1463, 2023 WL 3806274 (6th Cir. May 16, 2023) (denying petition for *en banc* rehearing). Accordingly, *Martin v. Hathaway* remains final, controlling law.

Dated: August 2, 2024

Respectfully Submitted,

/s/ *Russell S. Sayre*
Russell S. Sayre (0047125)
Ralph W. Kohnen (0034418)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street
Suite 1800
Cincinnati, OH 45202
Phone: 513-381-2838
Fax: 513-381-0205
sayre@taftlaw.com
kohnen@taftlaw.com

Ralph J. Caccia (*pro hac vice*)
Brandon J. Moss (*pro hac vice*)
Enbar Toledano (*pro hac vice*)
WILEY REIN LLP
2050 M Street N.W.
Washington, DC 20036
Tel: (202) 719-7000
Fax: (202) 719-7049
rcaccia@wiley.law
bmoss@wiley.law
etoledano@wiley.law

*Counsel for Defendant AtriCure, Inc.*

Respectfully Submitted,
/s/ *Michael J. Bronson*
Michael J. Bronson (Ohio Bar No. 0074448)
Chelsea J. Chalk (Ohio Bar No. 0098056)
Dinsmore & Shohl, LLP
255 East 5th Street, Ste
1900 Cincinnati, OH 45202
Office: (513) 977-8200
Fax: (513) 977-8141
michael.bronson@dinsmore.com
chelsea.chalk@dinsmore.com

Michael J. Ferrara (Ohio Bar No. 0097584)
Dinsmore & Shohl, LLP
191 W Nationwide Blvd #300
Columbus, OH 43215
Office: (614) 628-6975

Fax: (614) 628-6890
michael.ferrara@dinsmore.com

Jason M. Ohta (*pro hac vice*)
Amy Hargreaves (*pro hac vice*)
Latham & Watkins LLP
12670 High Bluff Drive
San Diego, CA 92130
Office: (858) 523-5400
Fax: (858) 523-5450
jason.ohta@lw.com
amy.hargreaves@lw.com

Catherine Rizzoni (*pro hac vice*)
Latham & Watkins, LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Office: (415) 391-0600
Fax: (415) 395-8095
cat.rizzoni@lw.com

*Counsel for Defendants Adventist and St. Helena*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2024, a copy of the foregoing was electronically filed with the Clerk of Court using the Court's electronic filing system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system, and the parties may access the filing through the Court's system.

*Russell S. Sayre*
Russell S. Sayre (0047125)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street
Suite 1800
Cincinnati, OH 45202
Phone: 513-381-2838
Fax: 513-381-0205
sayre@taftlaw.com